.

SVEND THOMAS HANSEN
208A CONTI ST
HATTIESBURG, MS 39401

CREDIT ONE BANK
ATTN: BANKRUPTCY DEPT
6801 CIMARRON RD
LAS VEGAS, NV 89113

TESLA MISSISSIPPI, LLC
255 MARILYN DR
BRANDON, MS 39042


THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS, SD 57107

WELLS FARGO BANK NA
ATTN: BANKRUPTCY
1 HOME CAMPUS
MAC X2303-01A 3RD FLOO
DES MOINES, IA 50328


BRITTNEY GILL
1050 FE SELLERS HWY
MONTICELLO, MS 39654

JULIA MITCHELL
12413 JOHN LEE RD
LOT S
BILOXI, MS 39532


CAPITAL BANK N.A.
2275 RESEARCH BLVD
STE 600
ROCKVILLE, MD 20850

LAUNCH SERVICES
P.O. BOX 9190
SIOUX FALLS, SD 57109


CAPITAL ONE
ATTN: BANKRUPTCY
P.O. BOX 30285
SALT LAKE CITY, UT 84130

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808


CHIME
ATTN: BANKRUPTCY
101 CALIFORNIA STREET
 SUITE 500
SAN FRANCISCO, CA 94111

MSDHS
ATTN: CONSTANCE MORROW
PO BOX 352
JACKSON, MS 39205


CHIMEFINAL
ATTN: BANKRUPTCY
PO BOX 417
SAN FRANCISCO, CA 94104

NELNET
PO BOX 82561
LINCOLN, NE 68501


CITIBANK
PO BOX 790046
ST LOUIS, MO 63179

OPENSKY
P. O. BOX 660924
DALLAS, TX 75266


CITIBANK
PO BOX 790046
ST. LOUIS, MO 63179

SMITH ROUCHON & ASSOC
SRA
1456 ELLIS AVE
JACKSON, MS 39204