United States Bankruptcy Court

Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-51383-KMS |
| Svend Thomas Hansen | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Nov 19, 2025 | Form ID: n031 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Svend Thomas Hansen, 208A Conti St, Hattiesburg, MS 39401-4173 |
| 5565112 | + | Brittney Gill, 1050 FE Sellers Hwy, Monticello, MS 39654-9702 |
| 5565113 | + | Capital Bank N.A., 2275 Research Blvd, Ste 600, Rockville, MD 20850-6238 |
| 5565121 | + | Julia Mitchell, 12413 John Lee Rd, Lot S, Biloxi, MS 39532-9116 |
| 5565122 | | Launch Services, P.O. Box 9190, Sioux Falls, SD 57109 |
| 5565126 | + | OpenSky, P. O. Box 660924, Dallas, TX 75266-0924 |
| 5565128 | + | Tesla Mississippi, LLC, 255 Marilyn Dr, Brandon, MS 39042-2483 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5565114 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 19 2025 19:35:16 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5565115 | + | Email/Text: omx-bnc-bk-notices@chime.com | Nov 19 2025 19:36:00 | Chime, Attn: Bankruptcy, 101 California Street, Suite 500, San Francisco, CA 94111-3580 |
| 5565116 | + | Email/Text: omx-bnc-bk-notices@chime.com | Nov 19 2025 19:36:00 | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 5565117 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 19 2025 19:45:57 | Citibank, Po Box 790046, St Louis, MO 63179-0046 |
| 5565119 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 19 2025 19:45:51 | Credit One Bank, Attn: Bankruptcy Dept, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5565120 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 19 2025 19:45:51 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5586702 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 19 2025 19:36:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5565123 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Nov 19 2025 19:36:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5565124 | + | Email/Text: constance.morrow@mdhs.ms.gov | Nov 19 2025 19:36:00 | MSDHS, Attn: Constance Morrow, PO Box 352, Jackson, MS 39205-0352 |
| 5565125 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 19 2025 19:36:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5570672 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 19 2025 19:36:00 | Premier Bankcard LLC, Jefferson Capital Systems LLC Assignee, Jefferson Capital Systems LLC, P O Box 7999, St Cloud MN 56302-7999 |
| 5569320 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 19 2025 19:36:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 5570670 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 19 2025 19:36:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |
| 5565127 | + | Email/Text: Tracey@sra-inc.net | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 19, 2025 | Form ID: n031 | Total Noticed: 24 |

| | | Nov 19 2025 19:36:00 | Smith Rouchon & Assoc, Sra, 1456 Ellis Ave, Jackson, MS 39204-2204 |
|---|---|---|---|
| 5568474 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | Nov 19 2025 19:36:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 5565129 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | | |
| | | Nov 19 2025 19:45:51 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus, Mac X2303-01a 3rd Floo, Des Moines, IA 50328-0001 |
| 5589575 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | | |
| | | Nov 19 2025 19:45:50 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5565118 | *+ | Citibank, Po Box 790046, St. Louis, MO 63179-0046 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2025             Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Svend Thomas Hansen trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:**  25−51383−KMS
**Chapter:**  13

**In re:**

Svend Thomas Hansen
208A Conti St
Hattiesburg, MS 39401

Notice of Entry of Order Confirming Plan

The Court entered an Order on 11/19/2025 (Dkt. # 17 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: November 19, 2025

Danny L. Miller, Clerk of Court